UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE L. EVANS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE FEDCAP GROUP, et al.,<br><br>                              Defendants. | 24-CV-5580 (JHR)<br><br>ORDER OF SERVICE |

JENNIFER H. REARDEN, United States District Judge:

Plaintiff, who is proceeding *pro se*, brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; 42 U.S.C. § 1981; the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634; the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297; and the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131. Plaintiff alleges that her employer discriminated and retaliated against her based on her race, color, and age. By order dated August 19, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants The Fedcap Group, Karen Isaac, George Rios, Starr Grant, Patick Chrone, and Fabio Lopez through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request such an extension).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to (1) issue summonses for Defendants; (2) complete the USM-285 forms with the addresses for Defendants; (3) deliver all documents necessary to effect service to the U.S. Marshals Service; and (4) mail Plaintiff an information package.

3

      Plaintiff may receive court documents by email by completing the attached form, [Consent to Electronic Service](#).[2]

SO ORDERED.

Dated:   August 22, 2024
            New York, New York

                                                              _____
                                                               JENNIFER H. REARDEN
                                                               United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

**DEFENDANTS AND SERVICE ADDRESSES**

1. The Fedcap Group
   501 Madison Ave., Suite 12A
   New York, NY 10022

2. Karen Isaac
   The Fedcap Group
   501 Madison Ave., Suite 12A
   New York, NY 10022

3. George Rios
   The Fedcap Group
   501 Madison Ave., Suite 12A
   New York, NY 10022

4. Starr Grant
   The Fedcap Group
   501 Madison Ave., Suite 12A
   New York, NY 10022

5. Patrick Chrone
   The Fedcap Group
   501 Madison Ave., Suite 12A
   New York, NY 10022

6. Fabio Lopez
   The Fedcap Group
   501 Madison Ave., Suite 12A
   New York, NY 10022