**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RENEE L. EVANS,

                          Plaintiff,                          **ORDER**

          -against-                          **24-CV-5580 (JRH) (JW)**


THE FEDCAP GROUP et al.,



                          Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

          On December 2, 2025, the Court held an initial case management conference.

The Court **ADOPTS** Defendants' proposed case management plan.  The discovery

deadlines are as follows:

- All discovery will be completed by **August 31, 2026**.

  - Initial requests for documents: **December 31, 2025**.

  - Response to requests for documents: **February 27, 2026**.

  - Third-party subpoenas: **March 31, 2026.**

  - Depositions: **July 31, 2026**.

    - Neither Party may take more than seven depositions.


          SO ORDERED.

DATED:     New York, New York
           December 2, 2025

                                    _Jennifer E. Willis_
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge